SOPHIE VANACEK, PLAINTIFF-PETITIONER, v. DWIGHT
R. G. PALMER, DEFENDANT-RESPONDENT.

*Mr. James A. Major* for the petitioner.

*Mr. David D. Furman* and *Mr. David J. Goldberg* for
the respondent.

May 25, 1959. Denied.

JEAN FERRIE *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
MICHAEL D'ARC, DEFENDANT-PETITIONER.

See same case below: 55 *N. J. Super.* 65.

*Mr. Edward E. Kuebler* for the petitioner.

*Messrs. Salvest & Thuring* for the respondents.

May 25, 1959. Granted.